**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Keith NORWOOD, Petitioner**

**No. 45 EAL 2017**

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

**AND NOW**, this 5th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

---

**COUNTY OF ALLEGHENY**

v.

**WORKERS' COMPENSATION APPEAL BOARD (PARKER)**

**Petition of: Harold Parker**

**Harold Parker, Petitioner**

v.

**Workers' Compensation Appeal Board (County of Allegheny), Respondents**

**No. 30 WAL 2017**
**No. 31 WAL 2017**

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of June, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(a.) Whether the Commonwealth Court erred when it held, without legal precedent, that a workers' compensation claimant's attorney must disgorge and return unreasonable contest attorney's fees if the employer ultimately prevails?

(b.) Whether the disgorgement and return of unreasonable contest attorney's fees when the employer ultimately prevails is better left to the legislature rather than the courts?

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Nick LOGAN, Petitioner**

**No. 27 WAL 2017**

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.